IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAJED SUBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-479-SLR |
| | ) |
| WAL-MART STORES EAST LP, | ) |
| | ) |
| Defendant. | ) |

**ORDER REGARDING REFERENCE**
**PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 13th day of September, 2007, the above captioned case having been automatically referred to Magistrate Judge Leonard P. Stark on August 8, 2007;

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Stark shall conduct all proceedings, and hear and determine all motions,[1] through the pretrial conference.[2]

_____
United States District Judge

---

[1] Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).

[2] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.