IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAJED SUBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-479 SLR |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## ANSWER TO AMENDED COMPLAINT

Defendant Wal-Mart Stores East, LP ("Wal-Mart") hereby responds to the Amended Complaint filed in the above captioned matter as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

2. The allegations of this paragraph are admitted.

3. The allegations contained in this paragraph contain conclusions of law to which no responsive pleading is required. To the extent any facts are alleged in this paragraph to which a response is required, those allegations are denied as stated.

4. Wal-Mart admits that Plaintiff was employed at Store #5436 in Wilmington, Delaware as a Photo Center Specialist beginning on or about December 20, 2005. The remainder of the allegations contained in this paragraph are denied as stated.

5. Each and every allegation contained in this paragraph is denied.

6. Wal-Mart admits that Plaintiff cross-filed a charge of discrimination with the Delaware Department of Labor (Charge No. 06060254W) and the Equal Employment Opportunity Commission (Charge No. 17C-2006-01066), asserting claims for race and national origin discrimination. The remainder of the allegations contained in this paragraph are denied.

By way of further response, Wal-Mart denies that there was any merit to this charge of discrimination, and specifically denies that Plaintiff was subject to any discriminatory conduct while an employee of Wal-Mart.

7. Each and every allegation contained in this paragraph is denied.

8. The allegations of this paragraph are denied.

9. Wal-Mart admits that Plaintiff cross-filed another charge of discrimination with the Delaware Department of Labor (Charge No. 07010023W) and the Equal Employment Opportunity Commission (Charge No. 17C-2007-00380), asserting claims for retaliation. The remainder of the allegations contained in this paragraph are denied. By way of further response, Wal-Mart denies that there was any merit to this charge of discrimination, and specifically denies that Plaintiff was subject to any unlawful retaliation while an employee of Wal-Mart.

## COUNT I

10. Wal-Mart incorporates herein its responses to paragraphs 1 through 9.

11. Each and every allegation contained in this paragraph is denied. By way of further response, Wal-Mart specifically denies that Plaintiff was subject to discrimination on the basis of his gender, race or national origin.

12. The allegations of this paragraph are denied.

## COUNT II

13. Wal-Mart incorporates herein its responses to paragraphs 1 through 12.

14. Each and every allegation contained in this paragraph is denied. By way of further response, Wal-Mart specifically denies that Plaintiff was subject to discrimination on the basis of his gender, race or national origin.

15. The allegations of this paragraph are denied.

COUNT III

16. Wal-Mart incorporates herein its responses to paragraphs 1 through 15.

17. The allegations of this paragraph are denied.

18. The allegations of this paragraph are denied.

FIRST AFFIRMATIVE DEFENSE

Each Count of Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

Defendant's conduct toward and treatment of plaintiff was at all times based upon reasonable, legitimate, and non-discriminatory business reasons.

THIRD AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred because he failed to exhaust his administrative remedies.

FOURTH AFFIRMATIVE DEFENSE

Some or all of plaintiff's claims are barred by the applicable statute of limitations.

FIFTH AFFIRMATIVE DEFENSE

Defendant had an effective harassment, discrimination and retaliation policy in place at the time of the incidents set forth in the Amended Complaint, which plaintiff failed to utilize to alleviate himself of the alleged harassing and/or discriminatory behavior.

SIXTH AFFIRMATIVE DEFENSE

Any injury allegedly suffered by plaintiff does not constitute emotional distress.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate any damages he alleged he has suffered.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff has sustained no damages, no financial loss or any other injury.

WHEREFORE, Walmart respectfully requests that this Court enter judgment in its favor and against plaintiff:

(a) Dismissing the complaint with prejudice;

(b) Awarding it costs and attorneys fees; and

(c) Granting such other and further relief as the Court deems just and proper.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (I.D. 2395)
Sarah E. DiLuzio (I.D. 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant Wal-Mart Stores East, LP*

Dated: November 26, 2007
816808

4

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, two copies of the foregoing Answer to Complaint was served by U.S. Postal Mail upon the following counsel of record:

Majed Subh, *pro se*
204 Latimer Street
Apt. 2
Wilmington, DE 19804

/s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (#4085)

816808