Majed Subh  tel; 302/384-5260
204 Latimer st, Apt 2
Wilmington, DE 19804
RE: Subh v. Wal-Mart Stores East LP; Civ. No. 07-479-SLR-LPS

TO The

United States District Court,
District of Delaware
LEONARD P. STARK
United States Magistrate Judge
U.S. Courthouse
844 King Street
Lockbox 26
Wilmington, DE 19801
LPS/jk
Enclosure
Cc: Peter Dalleo, Clerk

Ms. Sarah Elizabeth Diluzio, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, De 19899-0951

RE: Subh v. Wal-Mart Stores East LP; Civ. No. 07-479-SLR-LPS

Dear honorable Mr. Stark and Ms. DiLuzio:

I do not object to any portion of the proposed order which has been sent on 12/07/2007 and Manu scripted on 12/05/2007.

Yours,

Majed Subh    Jan the 3rd 2008