

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

January 7, 2008

**Via Electronic Filing**

The Honorable Leonard P. Stark
United States District Court
844 King Street
Lock Box 26
Wilmington, DE 19801

    Re:    <u>Subh v. Wal-Mart Stores East LP, C.A. No. 07-479 - SLR-LPS</u>

Dear Judge Stark:

    I write on behalf of the Defendant in this action, Wal-Mart Stores East, L.P., in response to the Court's letter of December 5, 2007. Defendant has no objection to the scheduling order proposed by the Court.

    Counsel is available at the Court's convenience if Your Honor has any questions.

    Respectfully,

    Sarah E. DiLuzio
    (DE Bar I.D. No. 4085)

cc:    Majed Subh (via U.S. mail)
       Clerk of the Court (Electronic filing via CM/ECF)

841110/32152