IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAJED SUBH, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-479-SLR-LPS |
| WAL-MART STORES EAST LP, | : |
| Defendant. | : |

### ORDER

At Wilmington this **8th** day of **January, 2008**, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of Other Parties and Amendment of Pleadings**. All motions to join other parties and amend the pleadings shall be filed on or before **February 8, 2008**.

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **June 7, 2008**.

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall not deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motion**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **July 7, 2008**. Answering briefs and affidavits, if any, shall be filed on or

before **July 21, 2008**.  Reply briefs shall be filed on or before **July 28, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE