IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAJED SUBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-479 SLR |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Kathleen Furey McDonough of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, to be notified as Delaware counsel on behalf of Defendant in connection with the captioned matter.

POTTER ANDERSON & CORROON LLP

By _/s/ Kathleen Furey McDonough_
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

Dated: February 15, 2008
848754

*Attorneys for Defendant Wal-Mart Stores East, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kathleen Furey McDonough, hereby certify that on February 15, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF and by U.S. Postal Mail upon the following:

>Majed Subh, *pro se*
>204 Latimer Street, Apt. 2
>Wilmington, DE 19804

>*/s/ Kathleen Furey McDonough*
>Kathleen Furey McDonough (#2395)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Post Office Box 951
>Wilmington, Delaware  19899-0951
> (302) 984-6000
>kmcdonough@potteranderson.com