## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAJED SUBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-479 SLR |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF PLAINTIFF'S DEPOSITION

TO:    Majed Subh, *pro se*
        204 Latimer Street, Apt. 2
        Wilmington, DE 19804

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, commencing on **May 6, 2008 at 10:00 a.m.**, your deposition upon oral examination will be taken before a notary public or duly authorized officer authorized to administer oath, at the offices of Potter Anderson & Corroon LLP, 1313 North Market Street, Hercules Plaza – 6th Floor, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that the deposition will continue from day to day until completed.

POTTER ANDERSON & CORROON LLP

By: */s/ Sarah E. DiLuzio*
    Kathleen Furey McDonough (I.D. 2395)
    Sarah E. DiLuzio (I.D. 4085)
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Telephone: (302) 984-6000
    Telefax: (302) 658-1192
    kmcdonough@potteranderson.com
    sdiluzio@potteranderson.com
    *Attorneys for Defendant Wal-Mart Stores East, LP*

Dated: April 2, 2008

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on April 2, 2008, I electronically filed a true and correct copy of the foregoing NOTICE OF PLAINTIFF'S DEPOSITION with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via Federal Express a copy to plaintiff at the following address:

> Majed Subh, *pro se*
> 204 Latimer Street
> Apt. 2
> Wilmington, DE 19804

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Telefax:  (302) 658-1192
E-mail:  sdiluzio@potteranderson.com

858328/32152