IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAJED SUBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-479 SLR |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Wal-Mart Stores East, LP, ("Wal-Mart"), hereby certifies that true and correct copies of the Defendant's First Request for Production of Documents Directed to Plaintiff and Defendant's First Set of Interrogatories Directed to Plaintiff were caused to be served on April 2, 2008 via Federal Express to plaintiff at the following address:

> Majed Subh, *pro se*
> 204 Latimer Street
> Apt. 2
> Wilmington, DE 19804

> /s/ Sarah E. DiLuzio
> Sarah E. DiLuzio (#4085)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> Telephone: (302) 984-6000
> Telefax: (302) 658-1192
> E-mail: sdiluzio@potteranderson.com

858330/32152

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on April 2, 2008, I electronically filed a true and correct copy of the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via Federal Express a copy to plaintiff at the following address:

Majed Subh, *pro se*
204 Latimer Street
Apt. 2
Wilmington, DE 19804

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
E-mail: sdiluzio@potteranderson.com

858378/32152