IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAJED SUBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-479 SLR |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S REQUEST FOR ADMISSIONS
### DIRECTED TO PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 36, Defendant Wal-Mart Stores East, LP ("Wal-Mart") hereby requests that Plaintiff Majed Subh admit the truth of the following matters in accordance with the definitions and instructions set forth below. A true copy of the answers to these requests for admission and any objections defendant may have to these requests for admission must be served on the undersigned attorney at the offices of Potter, Anderson & Corroon LLP, Hercules Plaza, 1313 North Market Street, Wilmington, DE 19801, within 30 days of the date of these requests.

### DEFINITIONS

The definitions set forth in Wal-Mart's First Request for Production of Documents Directed to Plaintiff are incorporated and restated as if fully set forth herein.

### INSTRUCTIONS

1. With respect to each of the following requests for admission, if you cannot admit or deny all or any part of the request, you shall (a) specifically identify such request or part thereof that you cannot admit or deny and set forth in detail the reasons why you cannot admit or deny the request or part thereof, and (b) admit or deny any remaining part of such request.

2. With respect to each of the following requests for admission, if you claim lack of knowledge as a reason for failure to admit or deny the request or any part thereof, you shall detail the extent of the inquiry made and affirm that the information known or readily attainable to you is insufficient to allow you to admit or deny the request or part thereof.

3. With respect to each of the following requests for admission, if you deny all or any part of the request, you shall set forth in detail the basis for that denial.

4. Each request for admission shall be construed independently and not with reference to any other request for admission for the purpose of limitation or exclusion.

5. These requests for admission shall be deemed continuing and, in the event that circumstances change so that a response no longer is correct, said response shall be amended.

## REQUESTS FOR ADMISSION

### Request No. 1

Admit that you pleaded "no contest" to the criminal charge of menacing arising out of an encounter you had with Ruth McPherson at Wal-Mart Store #5436 on or about April 13, 2007.

### Request No. 2

Admit that you did not file a charge of discrimination with the Delaware Department of Labor or Equal Employment Opportunity Commission that asserted you had been subjected to sex or gender discrimination while employed by Wal-Mart.

### Request No. 3

Admit that you did not file a charge of discrimination with the Delaware Department of Labor or Equal Employment Opportunity Commission that asserted you had been subjected to sexual harassment while employed by Wal-Mart.

### Request No. 4

Admit that both you and Cathy Brown were informally coached to act professionally at work following complaints you lodged against each other in May 2006.

### Request No. 5

Admit that you did not receive any discipline as a result of Ms. Brown's complaints against you.

**Request No. 6**

Admit that, prior to the charge of discrimination you filed with the Delaware Department of Labor on June 14, 2006, you did not complain to any member of management or human resources at Wal-Mart that you felt you had been subjected to inappropriate comments based upon your race or national origin.

**Request No. 7**

Admit that the Verbal Coaching that you received on or about July 13, 2006 was based on an accurate statement of events in which you refused to follow the directions of an assistant manager.

**Request No. 8**

Admit that the Written Coaching you received on or about August 7, 2006 was based on an accurate statement of events in which you attempted to falsify your time records.

**Request No. 9**

Admit that the Decision-Making Day Coaching you received on or about October 31, 2006 was based on an accurate statement of events in which you engaged in a verbal altercation with a co-worker in view of customers.

**Request No. 10**

Admit that you requested, and were permitted, to transfer to Store #5450 in Northeast, Maryland.

                    POTTER ANDERSON & CORROON LLP

                    By: */s/ Sarah E. DiLuzio*
                        Kathleen Furey McDonough (I.D. 2395)
                        Sarah E. DiLuzio (I.D. 4085)
                        1313 North Market Street, P.O. Box 951
                        Wilmington, DE  19899-0951
                        Telephone:  (302) 984-6000
                        Telefax:  (302) 658-1192
                        kmcdonough@potteranderson.com
                        sdiluzio@potteranderson.com

                    *Attorneys for Defendant Wal-Mart Stores East, LP*

Dated:  May 2, 2008
862727/32152

## **CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify that on May 2, 2008, a true and correct copy of the foregoing DEFENDANT'S REQUEST FOR ADMISSIONS DIRECTED TO PLAINTIFF was mailed via Federal Express to plaintiff at the following address:

> Majed Subh, *pro se*
> 204 Latimer Street
> Apt. 2
> Wilmington, DE 19804

>                                                              */s/ Sarah E. DiLuzio*
>                                                              Sarah E. DiLuzio (#4085)
>                                                              POTTER ANDERSON & CORROON LLP
>                                                              Hercules Plaza, 6th Floor
>                                                              1313 North Market Street
>                                                              P.O. Box 951
>                                                              Wilmington, DE 19899-0951
>                                                              Telephone: (302) 984-6000
>                                                              Telefax: (302) 658-1192
>                                                              E-mail: sdiluzio@potteranderson.com

862727/32152