Majed Subh
204 Latimer st, Apt 2
Wilmington, DE 19804
Tel: 302-384-5260
RE: Subh v. Wal-Mart Stores East LP; Civ. No. 07-0479-SLR-LPS

May 6, 2008

TO The United States District Court,
    District of Delaware
The Honorable Leonard P. Stark
The United States Magistrate Judge
U.S. Courthouse
844 King Street
Lock Box 26
Wilmington, DE 19801



Re:    Subh v. Wal-Mart Stores East LP, C.A. No. 07-479- SLR-LPS

Dear honorable Judge Stark:

    I write in response to my scheduled deposition May 6, 2008 at 10 AM prosponded on Friday May 2, 2008 for another week only by Wal-Mart representative and I write in response to the court's letter of December 5, 2007, and I write in response to the Discovery demands of Wal-Mart representative.

    I need some time to search for an attorney to represent me and I appreciate your understanding for my request to pros pond my deposition at Wal-Mart representative office for at least one month to have some time to answer the discovery demands of Wal-Mart representative.

    I am available at the Court's convenience if your honor has any questions.

Respectfully,

Majed Subh

Cc: Wal-Mart representative (hand delivered to their office on May 6, 2008)
    Clerk of the Court (hand delivered on May 6, 2008)