Majed Subh
204 Latimer Street, Apt. 2
Wilmington, DE 19804
Tel: 302-384-5260
RE: Subh v. Wal-Mart Stores East LP: Civ. No. 07-0479-SLR-LPS
Emergency Motion

May 9, 2008

TO:   The United States District Court
      District of Delaware
      The Honorable Leonard P. Stark
      The United States Magistrate Judge
      US Courthouse
      844 King Street
      Lock Box 26
      Wilmington, DE 19801

Re: Subh v. Wal-Mart Stores East LP: Civ. No. 07-0479-SLR-LPS

Dear Honorable Judge Stark:

Due to some health problems I have had in the last few months, I could not have enough time to find an attorney to represent my case. I am writing in response to my scheduled deposition May 6, 2008 at 10 a.m. which has been postponed for one week by the representative of Wal-Mart which is not enough time for me to continue searching for an attorney. I am writing also in response to the discovery demands of Wal-Mart representative in response to the letter from Wal-Mart representative sent on May 6, 2008 which has not been filed to your honor. – Attached to this letter and clarifying that Wal-Mart will have no alternative other than to file a Motion to Compel with the Court if I don't respond to their discovery request. Although I explained my emergency situation for Wal-Mart attorney on the phone, recently on May 8.

I need some time to search for an attorney to represent me and I appreciate your understanding for my request to postpone my deposition at Wal-Mart representative office for at least one month and my answer to the discovery request of Wal-Mart.

I am available at the Court's convenience if your honor has any questions.

Respectfully,

Majed Subh

cc. Wal-Mart representative (hand delivered to their office on May 9, 2008)
    Clerk of the Court (hand delivered on May 9, 2008)



# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney
sdiluzio@potteranderson.com
302  984-6019  Direct Phone
302  778-6019  Fax

May 6, 2008

<u>Via Federal Express</u>

Mr. Majed Subh
204 Latimer Street
Apartment 2
Wilmington, Delaware 19804

Re:  <u>Subh v. Wal-Mart Stores East LP, C.A. No. 07-479 - SLR-LPS</u>

Dear Mr. Subh,

      I am writing to address your outstanding discovery obligations. As you know, Wal-Mart served you with its Request For Production Of Documents and First Set Of Interrogatories on April 2, 2008. I have not received any response to Defendant's discovery requests as required by Federal Rules of Civil Procedure 33 and 34. You have failed to comply with the Court Rules and your discovery responses are now overdue. Please file and serve your discovery responses immediately.

      Additionally, I am writing to reschedule your deposition, which was postponed as a result of our telephone discussion on Friday, May 2, 2008, during which you informed me that you would be unable to appear for your May 6 deposition. I agreed to postpone the deposition until the week of May 12, 2008, and informed you when we spoke that I would like to take your deposition May 13, May 15 and/or May 16, 2008. Please let me know immediately which of these three dates works best for you, and I will file the appropriate notice with the Court.

      It is imperative that I have your responses to Defendant's Request For Production Of Documents and First Set Of Interrogatories before your deposition. If you do not immediately provide your responses to Defendant's discovery requests, and contact me with the date for your rescheduled deposition, Wal-Mart will have no alternative other than to file a Motion to Compel with the Court.

Very truly yours,

*Sarah DiLuzio*

Sarah E. DiLuzio

863133 / 32152