# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**LEONARD P. STARK**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 26
WILMINGTON, DE 19801

May 13, 2008

Mr. Majed Subh
204 Latimer Street
Apartment 2
Wilmington, DE 19804

Ms. Kathleen Furey McDonough, Esquire
Ms. Sarah Elizabeth DiLuzio, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

<u>RE: Subh v. Wal-Mart Stores East LP; Civ. No. 07-479-SLR-LPS</u>

Dear Mr. Subh, Ms. McDonough and Ms. DiLuzio:

  Having considered Mr. Subh's May 6, 2008 letter to the Court, enclosed please find an order addressing discovery and containing amended scheduling deadlines in the above-referenced matter.

                  Cordially,

                  LEONARD P. STARK

LPS/jk
Enclosure
cc: Peter Dalleo, Clerk