IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAJED SUBH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-479-SLR-LPS |
| | : | |
| WAL-MART STORES EAST LP, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **13th** day of **May, 2008**;

Having considered Plaintiff's request for additional time to retain counsel and respond to discovery requests, and recognizing that no previous extensions have been requested by this pro se plaintiff, IT IS ORDERED that:

1.  **Outstanding Discovery.** To the extent Plaintiff has not already done so, Plaintiff shall respond to: (i) Defendant's First Request for Production of Documents (see D.I.13) and (ii) Defendant's First Set of Interrogatories (see D.I.13) **on or before June 13, 2008**, and (iii) Defendant's Request for Admissions **on or before June 27, 2008**. Moreover, to the extent Plaintiff has not already done so, Plaintiff shall coordinate with Defendant's counsel to reschedule Plaintiff's deposition (see D.I.12) so that such deposition is completed **on or before July 14, 2008**.

Any failure to provide or permit such discovery may result in the imposition of sanctions, including dismissal of the case. See Fed. R. Civ. P. 37(b)(2)(A)(v). Plaintiff is advised that further requests for extensions are not likely to be viewed favorably.

2.  **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **August 7, 2008**.

3.  **Application by Motion.** The parties are reminded that any request or application to the Court shall be by formal written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall not deliver copies of papers or correspondence to Chambers.

4.  **Summary Judgment Motion.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **September 8, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **September 22, 2008**. Reply briefs shall be filed on or before **September 29, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE