**ORIGINAL**

Majed Subh
204 Latimer Street, Apt. 2
Wilmington, DE 19804
Tel: 302-384-5260
RE: Subh v. Wal-Mart Stores East LP: Civ. No. 07-0479-SLR-LPS
Motion for Appointment of Council

May 9, 2008

TO:   The United States District Court
      District of Delaware
      The Honorable Leonard P. Stark
      The United States Magistrate Judge
      US Courthouse
      844 King Street
      Lock Box 26
      Wilmington, DE 19801

      Re: Subh v. Wal-Mart Stores East LP: Civ. No. 07-0479-SLR-LPS

Dear Honorable Judge Stark:

   First of all, due to that I haven't studied law in law school and I have no experience in USA civil employment litigations, and secondly, due to that I have already contacted and counseled different civil employment professional attorneys, who based on time constraints could not support me with legal representation, I am filing here with this letter a motion for appointment of counsel. Attached to the dismissal notice of rights of the EEOC there is an attorney representation paragraph, Title VII and the ADA, verifying the US District Court, having jurisdiction in my case may, in limited circumstances, may assist me in obtaining a lawyer. Requests for such assistance must be made to the US District Court in the form and manner it requires. And I already mentioned that I contacted nine attorneys who has already been overwhelmed with employment cases. I am making this motion to obtain a civil employment attorney who could represent me. Might Your Honor consider this motion, thanks.

   I am available at the Court's convenience if your honor has any questions.

                                                  Respectfully,

                                                  Majed Subh

cc. Wal-Mart representative (hand delivered to their office on May 28, 2008)
    Clerk of the Court (hand delivered on May 28, 2008)