# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**LEONARD P. STARK**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 26
WILMINGTON, DE 19801

June 2, 2008

Mr. Majed Subh
204 Latimer Street
Apartment 2
Wilmington, DE 19804

Ms. Kathleen Furey McDonough, Esquire
Ms. Sarah Elizabeth DiLuzio, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

RE: Subh v. Wal-Mart Stores East LP; Civ. No. 07-479-SLR-LPS

Dear Mr. Subh, Ms. McDonough and Ms. DiLuzio:

Having considered Mr. Subh's recent letter (D.I. 19) and Defendant's response thereto (D.I. 20), enclosed please find an order denying Mr. Subh's request for appointment of counsel in the above-referenced matter.

Cordially,

LEONARD P. STARK

LPS/jk
Enclosure
cc: Peter Dalleo, Clerk