IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| MAJEB SUBH : | |
|        Plaintiff : | |
| : | C.A. No. 07-479-SLR |
| v. : | |
| : | |
| WAL-MART STORES EAST, LP : | |
|        Defendant : | |

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Majed Subh, Plaintiff in the above captioned action.

                                          REAL WORLD LAW, PC
                                          /s/ Glenn A. Brown, Esquire
                                          GLENN A. BROWN, DMD, ESQUIRE
                                          916 North Union Street
                                          No. 2
                                          Wilmington, DE  19805
                                          (302) 225-8340
                                          glenn.brown@realworldlaw.com
                                          Attorney for Plaintiff

Dated: June 12, 2008

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAJEB SUBH | : | |
|         Plaintiff | : | |
| | : | C.A. No. 07-479-SLR |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, LP | : | |
|         Defendant | : | |

CERTIFICATE OF SERVICE

I, GLENN A. BROWN, DMD, ESQUIRE, hereby certify that a copy of the Entry of Appearance of Glenn A. Brown, DMD, Esquire on behalf of the Plaintiff in the above captioned action was served on the following:

Kathleen F. McDonough, Esquire
Sarah E. DiLuzio, Esquire
Potter, Anderson & Coroon
1313 North Market Street
6th Floor
Wilmington, DE  19899-0951
Attorneys for Defendant

Service was effected by electronic means through the ECF system.

                                          REAL WORLD LAW, PC
                                          /s/ Glenn A. Brown, Esquire_____
                                          GLENN A. BROWN, DMD, ESQUIRE
                                          916 North Union Street
                                          No. 2
                                          Wilmington, DE  19805
                                          (302) 225-8340
                                          Attorney for Plaintiff

Dated: June 12, 2008