Format for Pro Hac Vice Motion (Rev. 1/05)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MAJED SUBH                              )
        v.                          )      Civil Action No.   07-479-SLR-LPS
WAL-MART STORES EAST LP                 )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of
Frank J. Conley _____ to represent Majed Subh _____ in this matter.

Signed:  /s/ Glenn Brown _____

_____

(Movant's Name and Delaware State Bar Identification Number)
(Movant's Address)
(Movant's Telephone Number)

Attorney for:  Majed Subh _____

Date: ___ June 12, 2008 _____ -

Glenn Brown, Esquire

Bar No. 4669

Real World Law

916 N. Union St #2

Wilmington, DE 19805

302-225-8340

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____

                           United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania _____ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _June 11, 2008_

(Applicant's Address)

Frank Conley, Esquire

The Conley Firm

7715 Crittenden Street, Suite 113

Philadelphia, PA 19118

215-836-4789

fconley@ConleyFirm.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

_____

MAJEB SUBH                                   :
                          Plaintiff          :
                                             :        C.A. No. 07-479-SLR
            v.                               :
                                             :
WAL-MART STORES EAST, LP                     :
                          Defendant          :
_____

<u>CERTIFICATE OF SERVICE</u>

I, GLENN A. BROWN, DMD, ESQUIRE, hereby certify that a copy of the

Motion to Admit Frank Conley, Esquire Pro Hac Vice in the above captioned action was

served on the following:

Kathleen F. McDonough, Esquire
Sarah E. DiLuzio, Esquire
Potter, Anderson & Coroon
1313 North Market Street
6th Floor
Wilmington, DE  19899-0951
Attorneys for Defendant

Service was effected by electronic means through the ECF system.

REAL WORLD LAW, PC
 /s/ Glenn A. Brown, Esquire_____
GLENN A. BROWN, DMD, ESQUIRE
916 North Union Street
No. 2
Wilmington, DE  19805
(302) 225-8340
Attorney for Plaintiff

Dated: June 12, 2008