IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Majed Subh, | : |
|              Plaintiff, | : |
| v. | : Civ. No. 07-479-SLR-LPS |
| Wal-Mart Stores East LP, | : |
|              Defendant. | : |

### ORDER

A teleconference having been held at Wilmington on the **16th** day of **July, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **August 25th, 2008 at 12:00 p.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE