IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAJED SUBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-479 SLR-LPS |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

### RE-NOTICE OF PLAINTIFF'S DEPOSITION

TO:   Glenn A. Brown, Esquire
      Real World Law, PC
      916 North Union Street, Suite #2
      Wilmington, DE  19805

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, that Wal-Mart Stores East, LP, by and through its attorneys, Potter Anderson & Corroon LLP, will take the deposition upon oral examination of Majed Subh, on Thursday, **July 31, 2008**.  The deposition will commence at **10:00 a.m**., at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801.  The deposition will be taken before a Delaware - Certified Court Reporter or some other officer duly authorized to administer oath, and to record and transcribe the deposition.

**PLEASE TAKE FURTHER NOTICE** that the deposition will continue from day to day until completed.

>POTTER ANDERSON & CORROON LLP
>
>By: */s/ Sarah E. DiLuzio*
>    Kathleen Furey McDonough (I.D. 2395)
>    Sarah E. DiLuzio (I.D. 4085)
>    1313 North Market Street
>    P.O. Box 951
>    Wilmington, DE  19899-0951
>    Telephone:  (302) 984-6000
>    Telefax:  (302) 658-1192
>    kmcdonough@potteranderson.com
>    sdiluzio@potteranderson.com
>
>*Attorneys for Defendant Wal-Mart Stores East, LP*

Dated:   July 17, 2008

874706

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document has been filed and is available for viewing and downloading.

        Glenn A. Brown, Esquire
        Real World Law, PC
        916 North Union Street, Suite #2
        Wilmington, DE  19805

        */s/ Sarah E. DiLuzio*
        Sarah E. DiLuzio (#4085)
        POTTER ANDERSON & CORROON LLP
        Hercules Plaza, 6th Floor
        1313 North Market Street
        P.O. Box 951
        Wilmington, DE  19899-0951
        Telephone:  (302) 984-6000
        Telefax:  (302) 658-1192
        E-mail:  sdiluzio@potteranderson.com