# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAJED SUBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-479 SLR-LPS |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify this 18th day of August, 2008, that true and correct copies of the following documents:

**DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

**DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND THINGS**

were served via electronic mail and U.S. First Class Mail, postage prepaid, on the following counsel of record:

>Glenn A. Brown, Esquire
>Real World Law, PC
>916 North Union Street, Suite #2
>Wilmington, DE 19805
>
>Frank Conley, Esquire
>The Conley Firm
>7715 Crittendon Street, Suite 133
>Philadelphia, PA 19118

POTTER ANDERSON & CORROON LLP

By: */s/ Sarah E. DiLuzio*
Kathleen Furey McDonough (I.D. 2395)
Sarah E. DiLuzio (I.D. 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Telefax:  (302) 658-1192
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant Wal-Mart Stores East, LP*

Dated:  August 18, 2008
878883v1 / 32152