## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MAJED SUBH,                          )
                                     )
      Plaintiff,              )
                                     )
   v.                              )    C.A. No.  07-479 SLR-LPS
                                     )
WAL-MART STORES EAST, LP,            )
                                     )
      Defendant.              )

### NOTICE OF WITHDRAWAL OF SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that Defendant Wal-Mart Stores East, LP hereby withdraws the previously noticed Subpoena Duces Tecum directed to J.R. GETTIER & Associates, on August 20, 2008 (D.I. 33).

POTTER ANDERSON & CORROON LLP


By: /s/ Sarah E. DiLuzio
      Kathleen Furey McDonough (I.D. 2395)
      Sarah E. DiLuzio (I.D. 4085)
      1313 North Market Street
      P.O. Box 951
      Wilmington, DE  19899-0951
      Telephone:  (302) 984-6000
      Telefax:  (302) 658-1192
      kmcdonough@potteranderson.com
      sdiluzio@potteranderson.com

*Attorneys for Defendant Wal-Mart Stores East, LP*

Dated:  August 25, 2008
PA&C-879829v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document has been filed and is available for viewing and downloading.

Glenn A. Brown, Esquire
Real World Law, PC
916 North Union Street, Suite #2
Wilmington, DE 19805

Frank Conley, Esquire
The Conley Firm
7715 Crittendon Street, Suite 133
Philadelphia, PA 19118

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
E-mail: sdiluzio@potteranderson.com

PA&C-879811v1