IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAJED SUBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.  07-479 SLR-LPS |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I hereby certify this 2nd day of September, 2008, that true and correct copies of the following documents:

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

were served via electronic mail and U.S. First Class Mail, postage prepaid, on the following counsel of record:

Glenn A. Brown, Esquire
Real World Law, PC
916 North Union Street, Suite #2
Wilmington, DE  19805

Frank Conley, Esquire
The Conley Firm
7715 Crittendon Street, Suite 113
Philadelphia, PA  19118

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (I.D. 2395)
Sarah E. DiLuzio (I.D. 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Telefax:  (302) 658-1192
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com
*Attorneys for Defendant Wal-Mart Stores East, LP*

Dated:  September 2, 2008
880741/ 32152